AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Daniel Owens ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.    4:20-cv-2945-MBS |
| Warden Cohen ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: The Petition is dismissed without prejudice. A certificate of appealability will not be issued.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   October 14, 2020

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*